Cecilio Tapanez, Appellant, v. W. L. Hanks, and W. T. Lesley as Sheriff of Hillsborough County, Florida, Appellees.

### Division B.

Apppeal from the Circuit Court, Hillsborough county; Minor S. Jones, Judge.

C. C. Whitaker and Macfarlane & Raney for appellant.

John P. Wall for appellees.

The bill in this cause was filed by the appellant against the appellees. There was a decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*